UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>Sherry Ainsworth, et al.</u>

    v.                    04-cv-116-SM

<u>Charles M. Souza, et al.</u>


<u>ORDER</u>

Re: Document No. 10, Motion for Approval of Minor's Request for Access to Settlement Funds

Ruling: Granted. In effect, the plaintiff, through her mother and next friend, seeks to amend the terms of settlement previously approved by the court by diverting a modest sum designated for plastic surgery to cover educational trip expenses for the minor student. Plaintiff claims the minor has decided not to pursue the plastic surgery, presumably with parental concurrence. Opposing counsel "takes no position," which the court takes to mean the payor of the settlement amount specifically designated for plastic surgery has no objection to applying those funds to a different purpose benefitting the plaintiff. Given these circumstances, the motion is granted.

                                            _____
                                            Steven J. McAuliffe
                                            Chief District Judge

Date:  January 25, 2007

cc:   Robert J. Consavage, Esq.
       Stephanie Anne Bray, Esq.
       Lesley F. Cornell, Esq.